AO245B   Judgment in a Criminal Case for Revocation (Rev. 06/05)
Sheet 1

RECEIVED
IN LAKE CHARLES, LA
MAR - 7 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>KIMBERLY DACE<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 2:05-CR-20130-001<br><br>USM Number: 12764-035<br><br>Joseph R. Streva, Jr.<br>Defendant's Attorney |

## THE DEFENDANT:

[✓]   admitted guilt to violation of condition(s) _1,2,3, and 4_ of the term of supervision.
[ ]   was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|

See next page.

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

COPY SENT:
DATE: 3-7-07
BY: ___
TO: USP-LC-1
USM-LC-1

February 22, 2007
Date of Imposition of Sentence

_____
Signature of Judicial Officer

PATRICIA MINALDI, United States District Judge
Name & Title of Judicial Officer

3/6/07
Date

AO245B   Judgment in a Criminal Case for Revocation (Rev. 8/01)
　　　Sheet 1

Judgment - Page 2 of 3

CASE NUMBER:   2:05-CR-20130-001
DEFENDANT:   KIMBERLY DACE

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| 1 | Using Cocaine | 01/26/2007 |
| 2 | Failed to Participate in Drug Treatment | 01/26/2007 |
| 3 | Failed to Provide Verification of Community Service and Employment as directed | 01/26/2007 |
| 4 | Associating with convicted felons | 01/26/2007 |

AO245B   Judgement in a Criminal Case (Rev. 06/05)
    Sheet 2 — Imprisonment

Judgment - Page 3 of 3

DEFENDANT:    KIMBERLY DACE
CASE NUMBER:    2:05-CR-20130-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ____ 36 months .

The Probation Office and Defense Counsel were instructed to try to find a halfway house that would take the defendant and any time spent in a halfway house will be substituted for time with the Bureau of Prisons.

[✓]    The court makes the following recommendations to the Bureau of Prisons:

    Incarceration in a facility that can offer the most intense drug treatment program available.

[✓]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [ ] a.m. [ ] p.m. on ___.
    [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                                                        UNITED STATES MARSHAL

                                                                         By _____
                                                                           DEPUTY UNITED STATES MARSHAL